COURT
OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-380-CR
 
JOHN HARRIS BUNCH, III       
           
           
           
        APPELLANT
V.
THE STATE OF TEXAS           
           
           
           
           
STATE
------------
FROM THE 213
TH DISTRICT COURT OF
TARRANT COUNTY
------------
MEMORANDUM OPINION (1)
------------
Appellant
John Harris Bunch, III attempts to appeal a trial court order modifying the
terms of his deferred adjudication community supervision. An order modifying the
terms of community supervision is not appealable. Basaldua v. State,
558 S.W.2d 2, 5 (Tex. Crim. App. 1977); Christopher v. State, 7 S.W.3d
224, 225 (Tex. App.--Houston [1st Dist.] 1999, pet. ref'd). We
dismiss the appeal for want of jurisdiction.
PER CURIAM
PANEL D: LIVINGSTON, DAUPHINOT, and
HOLMAN, JJ.
DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
[DELIVERED JANUARY 16,
2003]

1. See Tex. R. App. P. 47.4.